UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BRIAN WININGER

        v.                                 3:02CV1671 (WWE)

WILCOX FUEL, INC.,
THE WILCOX FUEL, INC.
PROFIT SHARING PLAN,
DAVID G. FOSTER, and
JOHN G. MCCALL

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendants' motions to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motion and on January 12, 2004 entered a Ruling on Defendants' Motion to Dismiss granting the motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 3rd day of February, 2004.

                                                  KEVIN F. ROWE, Clerk

                                                  By      /s/ Deborah A. Candee
                                                              Deputy Clerk

Entered on Docket   2/3/04