UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN WININGER | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1671 (WWE) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WILCOX FUEL, INC., | : | |
| THE WILCOX FUEL, INC. | : | |
| PROFIT SHARING PLAN, | : | |
| DAVID G. FOSTER, and | : | |
| JOHN G. MCCALL | : | |
| | : | |
| Defendants. | : | FEBRUARY 9, 2004 |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 4 (a)(1), the plaintiff in the above-named case, hereby gives notice of appeal and appeals to the United States Court of Appeals for the Second Circuit from the Ruling on Defendant's Motion to Dismiss filed January 12, 2004 against the said plaintiff and in favor of the defendants Wilcox Fuel, Inc., The Wilcox Fuel, Inc. Profit Sharing Plan, David G. Foster, and John G. McCall.

RESPECTFULLY SUBMITTED,
THE PLAINTIFFS

By_____
Thomas G. Moukawsher
Fed. Bar No.: ct08940
Moukawsher & Walsh, LLC
21 Oak Street
Suite 209
Hartford, CT 06106
(860) 278-7000

2

**<u>CERTIFICATION</u>**

    I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

                              Jennifer N. Willcox, Esquire
                              Wiggin & Dana
                              One Century Tower
                              265 Church Street
                              New Haven, CT  06508

Date:  February 9, 2004                    _____
                                                 Thomas G. Moukawsher