## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN WININGER | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1671 (WWE) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WILCOX FUEL, INC., | : | |
| THE WILCOX FUEL, INC. | : | |
| PROFIT SHARING PLAN, | : | |
| DAVID G. FOSTER, and | : | |
| JOHN G. MCCALL | : | |
| | : | |
| Defendants. | : | FEBRUARY 18, 2004 |

### AMENDED NOTICE OF APPEAL

1. Pursuant to Fed. R. App. P. 4 (a)(1), the plaintiff in the above-named case, hereby gives notice of appeal and appeals to the United States Court of Appeals for the Second Circuit from the Judgment of this Court entered on the civil docket February 3, 2004, insofar as the Judgment was entered against the said plaintiff and in favor of the defendants Wilcox Fuel, Inc., The Wilcox Fuel, Inc. Profit Sharing Plan, David G. Foster, and John G. McCall.

2. The Judgment in this action was entered on February 3, 2004 based upon a Ruling on Defendant's Motion to Dismiss filed January 12, 2004 dismissing the case. The plaintiff appeals from this ruling and the judgment entered thereon.

RESPECTFULLY SUBMITTED,
THE PLAINTIFFS


By_____
Thomas G. Moukawsher
Fed. Bar No.: ct08940
Moukawsher & Walsh, LLC
21 Oak Street
Suite 209
Hartford, CT 06106
(860) 278-7000

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

Jennifer N. Willcox, Esquire
Wiggin & Dana
One Century Tower
265 Church Street
New Haven, CT  06508

Date:  February 18, 2004                                    _____
                                                                                    Thomas G. Moukawsher