

**UNITED STATES COURT OF APPEALS**
**SECOND CIRCUIT**

nhct
02-cv-1671
Eginton

BRIAN WININGER : No. 04-1393-cv

    Plaintiff, :

v. :

WILCOX FUEL, INC., :
THE WILCOX FUEL, INC.
PROFIT SHARING PLAN, :
DAVID G. FOSTER, and
JOHN G. MCCALL :

    Defendants. : MAY 20, 2004



## STIPULATION WITHDRAWING APPEAL

The parties in the above-captioned matter hereby stipulate that the above-captioned appeal is hereby withdrawn without costs or fees pursuant to Fed.R.App. P. 42(b).

FOR THE PLAINTIFF

By_____
Thomas G. Moukawsher
Fed. Bar No.: ct08940
Moukawsher & Walsh, LLC
21 Oak Street
Suite 209
Hartford, CT 06106
(860) 278-7000

FOR THE DEFENDANTS

By_____
Jennifer N. Willcox, Esquire
Fed. Bar No.: ct20016
Wiggin & Dana
One Century Tower
265 Church Street
New Haven, CT 06508
(203) 498-4396

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Frank J. Scardilli, Staff Counsel

6/2/04

A TRUE COPY
Roseann B. MacKechnie, CLERK
by_____
DEPUTY CLERK

CERTIFIED: 6/21/04